The People of the State of Illinois ex rel. Maude Giles, appellee, v. Warren Brookshire, appellant.   Gen. No. 7,924.

Bastardy proceedings.   Judgment of filiation.   Appeal from the Circuit Court of Shelby county; the Hon. William C. Kelley, Judge, presiding.   Heard in this court at the October term, 1925.   Reversed and remanded.   Opinion filed December 31, 1925.

S. S. Clapper and Geo. B. Rhoads, for appellant.   Ralph Adams and Robt. I. Pugh, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Mabel Schooley, appellee, v. J. Keenan's Bank, appellant.   Gen. No. 7,929.

Action for breach of agreement to loan depositor's money on approved security.   Judgment for plaintiff.   Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding.   Heard in this court at the October term, 1925.   Affirmed.   Opinion filed December 31, 1925.

Stone & Taylor, for appellant.   Morrissey, Sullivan & Rust, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

## FOURTH DISTRICT.

---

Theresa Verlie, appellee, v. Anton Juchniewicz et al., appellants.

Bill to foreclose real estate mortgage.   Decree of foreclosure.   Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding.   Heard in this court at the March term, 1925.   Reversed and cause remanded with directions.   Opinion filed August 5, 1925.

Beasley & Zulley, for appellants.   Turner, Holder & Bullington, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. W. C. Rettich, plaintiff in error.

Prosecution for unlawfully transporting intoxicating liquors on public highway.   Sentence upon plea of guilty.   Error to the County Court of Saline county; the Hon. A. G. Abney, Judge, presiding. Heard in this court at the October term, 1925.   Reversed.   Opinion filed November 12, 1925.

H. R. Lightfoot, for plaintiff in error.   Charles T. Flota, State's Attorney, and K. C. Ronalds, Assistant State's Attorney, for defendant in error.

Per curiam.